**Opinion filed April 23, 2021**



## In The

# Eleventh Court of Appeals

_____

## No. 11-21-00042-CV

_____

## STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND JUAN ENRIQUEZ, Appellants

## V.

## ROSALIA LOPEZ MENDOZA, Appellee

**On Appeal from the 385th District Court**

**Midland County, Texas**

**Trial Court Cause No. CV54819**

## M E M O R A N D U M   O P I N I O N

On March 30, 2021, Appellants filed in this court a petition for permission to pursue a permissive appeal of an interlocutory order. *See* TEX. R. APP. P. 28.3. Appellants have now filed in this court a motion to dismiss their petition. In the motion, Appellants indicate that the parties have settled the matter at issue. Appellants therefore request that their petition for permissive appeal be dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

We grant Appellants' motion to dismiss and, in accordance with that motion, dismiss Appellants' petition for permission to pursue a permissive appeal.

PER CURIAM

April 23, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.